discriminatory treatment, including, but not limited to, past and future wages, lost earning capacity, pension and other lost benefits, pain and suffering, upset, emotional anguish, and loss of life's pleasures;

(d) Awarding Plaintiff's costs of this action, together with reasonable attorney's fees;

(e) Awarding Plaintiff punitive damages and such other damages as are appropriate under the ADEA and PHRA; and,

(f) Granting such other and further relief as the court deems appropriate.

Respectfully submitted,

_____
Mark S. Scheffer, Esquire
LAW OFFICES OF MARK S. SCHEFFER
P.O. Box 111
Birchrunville, PA 19421
(610) 915-8351

Attorney for Plaintiff